UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-00272-HDM-RJJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| NIKKI BOX, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The defendant has petitioned the court for early termination of supervised release.  Any objections the government might have to the petition should be filed on or before August 23, 2012.  The court requests that the probation department file its recommendations to the court on or before August 23, 2012.

**IT IS SO ORDERED.**

DATED: This 9th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE